# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Dickerson, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION LLC., et al.<br><br>Defendants. | No. 5:20-cv-01287-JAK-SP<br><br>**ORDER RE STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT TRANSUNION LLC (DKT. 24)**<br><br>JS-6 |

Based on a review of the parties' Stipulated Request for Dismissal with Prejudice of Defendant TransUnion LLC (the "Stipulation" (Dkt. 24)), sufficient good cause has been shown. Thus, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendant TransUnion LLC is dismissed from the above-captioned civil action with prejudice, with each party bearing his or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Date: February 18, 2021

John A. Kronstadt
United States District Judge